USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARMAINE COOKE,                                    :
                                                    :          23-CV-7330 (PAE) (RWL)
                          Plaintiff,                :
                                                    :
          - against -                               :          **ORDER**
                                                    :
CONSOLIDATED EDISON COMPANY                          :
OF NEW YORK, INC.,                                  :
                                                    :
                          Defendant.                :
                                                    :
-------------------------------------------------------------X
CHARMAINE COOKE,                                    :
                                                    :
                          Plaintiff,                :          24-CV-536 (PAE) (RWL)
                                                    :
          - against -                               :
                                                    :
CONSOLIDATED EDISON COMPANY                          :
OF NEW YORK, INC.,                                  :
                                                    :
                          Defendant.                :
                                                    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court held a case management conference with the parties on April 30, 2024. As discussed during the conference, the parties agreed, and the Court approved, proceeding as follows:

1.   Ms. Cooke wishes to withdraw without prejudice the 23-CV-7330 action. ConEd, having previously filed an answer, consented on the record. Accordingly, the Court will dismiss 23-CV-7330 action without prejudice.

2.   The 24-CV-536 action is stayed until July 29, 2024. The stay will automatically lift at that time. The Court will schedule a case-management conference to take place in August 2024.

1

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2024
      New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:
Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470