UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARMAINE COOKE,              :     24-cv-536 (PAE) (RWL)
                Plaintiff,  :
                            :     **CASE MANAGEMENT**
   - against -                :     **CONFERENCE ORDER**
                            :
CONSOLIDATED EDISON COMPANY OF :
NEW YORK, INC.                :
                            :
              Defendants. :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      ORDER: Case Management Conference rescheduled for **October 15, 2024, at 2:30 p.m.** before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via telephone. The parties shall call the teleconference number at (888)-398-2342, and enter access code 9543348. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. The Court respectfully requests the Clerk of the Court to mail a copy of this order to the pro se plaintiff: Charmaine Cooke at 834 Penfield St, Apt. # 4H, Bronx, N.Y. 10470

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated:  August 8, 2024
        New York, New York

Copies transmitted this date to all counsel of record.