UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,                                :        24-cv-536 (PAE) (RWL)

              Plaintiff,     :
                                       :        **CASE MANAGEMENT**
    - against -                                              :        **CONFERENCE ORDER**
                                       :
CONSOLIDATED EDISON COMPANY OF   :
NEW YORK, INC.                                       :
                                       :
              Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       ORDER: Case Management Conference rescheduled for **November 26, 2024, at 2:30 p.m.** before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via telephone. The parties shall call the teleconference number at (888)-398-2342, and enter access code 9543348. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. The Court respectfully requests the Clerk of the Court to mail a copy of this order to the pro se plaintiff: Charmaine Cooke at 834 Penfield St, Apt. # 4H, Bronx, N.Y. 10470

                                                SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated:  October 15, 2024
       New York, New York

Copies transmitted this date to all counsel of record.