```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,                                            :
                                                            :    24-CV-536 (PAE) (RWL)
                           Plaintiff,                       :
                                                            :
              - against -                                   :    ORDER
                                                            :
CONSOLIDATED EDISON COMPANY                                 :
OF NEW YORK, INC.,                                          :
                                                            :
                           Defendant.                       :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has requested adjournment of the case management conference scheduled to take place by phone on Tuesday November 26, 2024, at 2:30 p.m. (Dkt. 76.) The Court previously has granted multiple adjournments requested by Plaintiff and has previously reminded Plaintiff that she has responsibility for prosecuting her case and cannot repeatedly adjourn proceedings. That said, Plaintiff indicates that her request is for "one final adjournment." Defendant takes no position. Accordingly, the request is granted, the conference is adjourned, and the Court will re-schedule the conference for a date in January 2025. There will be no further adjournments.

The Court reminds Plaintiff of the pro se services provided by the Federal Pro Se Legal Assistance Project, which can be reached at (212) 382-4794. Plaintiff may wish to contact them for legal assistance.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

2

Dated: November 25, 2024
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:
Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470