UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,

                      Plaintiff,

                - against -

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

                     Defendant.
------------------------------------------------------------X

24-CV-536 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has filed a request for "same day pro se unit uploads." The Court understands the request as one for permission to file documents electronically. As set forth in the standing order in re cases filed by pro se plaintiffs (24-MISC-127, filed March 18, 2024), Plaintiff may apply for electronic filing (and for service on Plaintiff by electronic filing) as follows: Parties may ask the court for permission to file documents electronically. Parties also may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the court's website, nysd.uscourts.gov/forms.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: March 6, 2025
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470

Case 1:24-cv-00536-PAE-RWL   Document 90   Filed 03/06/25   Page 2 of 2