

**Law Department**
Iván A. Méndez, Jr.
Associate Counsel
Tel: (212) 460-4835
Cel: (929) 260-8627

Consolidated Edison Company
of New York, Inc.
4 Irving Place
New York, NY 10003-0987
mendezi@coned.com

April 28, 2025

**VIA ECF**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, New York 10007

Granted.

SO ORDERED:

4/28/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: Charmaine Cooke v. Consolidated Edison of New York, Inc.,
Docket No. 24 Civ. 536 (PAE) (RWL)

Dear Judge Lehrburger:

    I am an Associate Counsel in Consolidated Edison Company of New York's ("Con Edison") Law Department and am assigned to represent Con Edison in the above-referenced action. I write, with the Plaintiff's consent, to respectfully request that Con Edison's time to respond to the amended complaint be extended by one week, from April 30 to May 7, 2025. This is Con Edison's second such request. The Court previously extended Con Edison's time to respond from March 14 to April 30. The additional week is requested because the undersigned was out of the office all of last week and has been summoned to jury duty beginning today, and potentially through the end of the week (or for the duration of a trial).

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Iván A. Méndez, Jr.*

Iván A. Méndez, Jr.
Associate Counsel

Cc: Charmaine Cooke,
Plaintiff, *Pro Se*
(By Electronic Mail)