```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHARMAINE COOKE,                                             :
                                                             :
                              Plaintiff,                     :
                                                             :   24-CV-536 (PAE) (RWL)
              - against -                                    :
                                                             :
CONSOLIDATED EDISON COMPANY OF                               :   ORDER
NEW YORK, INC.,                                              :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Whereas Plaintiff's response to Defendant's motion to dismiss (Dkt. 95) currently is due by August 7, 2025 (Dkt. 100), an in light of the order the Court is issuing today to seek appointment of counsel, the Court sua sponte extends the deadline for Plaintiff to respond to Defendant's motion to dismiss in the instant case to **September 2, 2025**. Plaintiff's responses to the motions to dismiss in the instant case as well as 24-CV-5315 and 24-CV-5316 are now both due by September 2, 2025.

.

        SO ORDERED.

        _____
        ROBERT W. LEHRBURGER
        UNITED STATES MAGISTRATE JUDGE

Dated: August 6, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

2

Charmaine DM Cooke
834 Penfield Street #4H
Bronx, New York 10470