UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CHARMAINE COOKE,
:
:
                      Plaintiff,
:
:    24-CV-536 (PAE) (RWL)
       - against -
:
:
CONSOLIDATED EDISON COMPANY OF
:
NEW YORK, INC.,
:
:
                      Defendant.
:
:
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This is a wrongful termination case. On February 14, 2025, Plaintiff filed an Amended Complaint. (Dkt. 87.) On May 7, 2025, Plaintiff filed a motion to dismiss the Amended Complaint. (Dkt. 95.) After several extensions, Plaintiff filed her opposition (a fully-formed brief of 46 pages along with extensive exhibits) on September 16, 2025. (Dkt. 107.) Defendant requested, and the Court granted, an extension of time to reply to November 7, 2025. (*See* Dkts. 110-111.) On October 14, 2025, Plaintiff filed several applications, three of which request that the Court find in favor of her opposition to the motion to dismiss because Defendant did not timely file its reply. (Dkts. 112, 114, 115.) Those applications are denied inasmuch as the Court granted the extension, and Defendant's reply is not due until November 7, 2025.

      Plaintiff has also requested appointment of pro bono counsel. (Dkt. 113.) The Court previously approved appointment of counsel on August 6, 2025, but explaining that although the Court approved appointment of counsel, there is no guaranty that pro bono counsel will volunteer to take the case and that all deadlines remain in place regardless

of whether a volunteer emerges. (Dkt. 104.) Plaintiff's application at 113 therefore is denied as moot. To date, no pro bono counsel has accepted the appointment. In any event, the next event in this case is for Defendant to file its reply. There is nothing required of Plaintiff until that happens and the Court resolves the motion.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 112-115.)

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2025
           New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine DM Cooke
834 Penfield Street #4H
Bronx, New York 10470