```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :    24-CV-536 (PAE) (RWL)
              - against -                                   :
                                                            :
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC.,                                             :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses issues raised by Plaintiff in certain recent correspondence. (Dkts. 118, 121.)

1. Plaintiff expresses concern that her letter dated October 14, 2025 was stamped as received by the Pro Se Office but not entered on the docket. (Dkt. 118.) The letter, however, appears on the docket at Dkt. 112. Accordingly, the matter is moot.

2. Plaintiff observes that she filed the document at Dkt. 108 on September 26, 2025, but appears on the docket as filed on September 29, 2025. Accordingly, the Clerk of Court is respectfully directed to change the filed date for Dkt. 108 to September 26, 2025.

The Clerk of Court also is respectfully directed to terminate the letter motions at Dkts.118 and 121.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 3, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine DM Cooke
834 Penfield Street #4H
Bronx, New York 10470