UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARMAINE COOKE,

                          Plaintiff,

          -v-

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                          Defendant.

---

24 Civ. 536 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

On February 27, 2026, United States Magistrate Judge Robert W. Lehrburger issued a Report and Recommendation, recommending that defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) be granted in part and denied in part. Dkt. 129 ("Report").

As the Report states, the parties shall have 14 days—until March 13, 2026—to file any written objections to the Report. *Id.* at 36. They shall have 14 days from the date of any objections by the other party to respond to such. *Id.* Failure to file objections and/or responses by these deadlines will waive the right to object and preclude appellate review. *Id.* For avoidance of doubt, no extensions of these deadlines will be granted.

The Clerk of Court is respectfully directed to mail a copy of this Order to Cooke at the address on file.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 2, 2026
       New York, New York