UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARMAINE COOKE,

                        Plaintiff,

           -v-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

                       Defendant.

24 Civ. 536 (PAE) (RWL)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This order resolves *pro se* plaintiff Charmaine Cooke's motion to extend, by six months, her deadline to object to United States Magistrate Judge Robert W. Lehrburger's Report and Recommendation ("Report"). *See* Dkts. 131–34.

On February 27, 2026, Judge Lehrburger issued the Report. Dkt. 129. It recommended granting in part and denying in part the motion to dismiss Cooke's Amended Complaint, for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). *Id.* at 1. It stated that any party shall have 14 days to file written objections to the Report—*i.e.*, by March 13, 2026. *Id.* at 36. It also stated: "Failure to file timely objections will result in a waiver of the right to object and will preclude appellate review." *Id.* On March 2, 2026, this Court issued an order, reiterating that the deadline for objections was March 13 and stating that no extensions would be granted. Dkt. 130.

On March 10 and 11, 2026, Cooke filed this motion, seeking to adjourn the deadline to September 13, 2026. Dkts. 131–34. She stated that the request is due to, *inter alia*, "contagious illness," her recovery from surgery, a worker's compensation proceeding scheduled for March 13, and anticipated assistance from an unspecified "legal group." *See, e.g.*, Dkt. 132 at 1.

The Court denies Cooke's request for a six-month extension of her deadline to object to the Report. The Court accordingly deems written objections to the Report not to have been timely filed, as any such objections were due March 13, 2026. *See, e.g., Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2d Cir. 2008) ("In general, failure to object timely to a magistrate's report operates as a waiver of any further judicial review of the magistrate's decision"); *Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992) (same); *Monroe v. Hyundai*, 372 F. App'x 147, 147–48 (2d Cir. 2010) (summary order) (same). The Court will issue a decision regarding the Report in due course.

The Clerk of Court is respectfully directed to mail a copy of this Order to Cooke at the address on file.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: March 16, 2026
New York, New York

2