UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARMAINE COOKE,

                                    Plaintiff,

                    -v-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

                                    Defendant.

24 Civ. 536 (PAE) (RWL)

OPINION & ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 14, 2025, *pro se* plaintiff Charmaine Cooke filed the operative complaint against defendant Consolidated Edison Company of New York, Inc. ("ConEd").  Dkt. 87 ("AC").  In brief, the AC alleges ConEd did not provide Cooke with reasonable accommodations for, and terminated her employment because of, her disability.

Now pending is ConEd's motion to dismiss the AC for failure to state a claim, under Federal Rule of Civil Procedure 12(b)(6).  Dkt. 95 (the "motion").  On February 27, 2026, the Honorable Robert W. Lehrburger, United States Magistrate Judge, issued a Report and Recommendation with respect to the motion.  Dkt. 129 (the "Report").  The Report recommends that the motion should be granted in part and denied in part.  *Id.* at 1.  No party has objected to the Report.[1]

For the following reasons, the Court adopts the Report in full.

---

[1] The Report stated that any party shall have 14 days to object—*i.e.*, by March 13, 2026.  Report at 36.  On March 2, 2026, the Court issued an order, reiterating this deadline and stating that no extensions would be granted.  Dkt. 130.  The Court later denied Cooke's motion, made on March 10 and 11, 2026, to adjourn her objection deadline by six months (to September 13, 2026).  Dkts. 131–35.  To date, she has not filed any objections.

**DISCUSSION**

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept those portions of the report to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Ruiz v. Citibank, N.A.*, No. 10 Civ. 5950, 2014 WL 4635575, at *2 (S.D.N.Y. Aug. 19, 2014) (quoting *King v. Greiner*, No. 2 Civ. 5810, 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009)); *see also Wilds v. United Parcel Serv., Inc.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003).

As no party has submitted objections to the Report, review for clear error is appropriate. Careful review of Judge Lehrburger's thorough and well-reasoned Report reveals no facial error in its conclusions; the Report is therefore adopted in its entirety. The Report explicitly states that "[f]ailure to file timely objections will result in a waiver of the right to object and will preclude appellate review." Report at 36. The parties' failure to object thus waived appellate review. *See Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2d Cir. 2008) (citing *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (per curiam)).

**CONCLUSION**

For the above reasons, the Court accepts and adopts Judge Lehrburger's Report in its entirety. The Court thus denies ConEd's motion to dismiss the AC's failure-to-accommodate and adverse-employment claims under the Americans with Disabilities Act, New York State Human Rights Law, and New York City Human Rights Law. The Court dismisses the AC's remaining claims, but grants Cooke leave to amend the AC to replead these claims. Cooke shall file any Second Amended Complaint by April 17, 2026. Any requests to extend this deadline shall be directed to Judge Lehrburger.

The Court respectfully directs the Clerk of Court to mail a copy of this decision to Cooke at the address on file and terminate all pending motions.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: March 16, 2026
New York, New York

3