UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARMAINE COOKE,

                                    Plaintiff,

                    -v-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

                                    Defendant.

---

24 Civ. 536 (PAE) (RWL)

ORDER

PAUL A. ENGELMAYER, District Judge:

This order resolves two requests by *pro se* plaintiff Charmaine Cooke, Dkts. 137–38, to extend her deadline, *nunc pro tunc*, to file objections to Magistrate Judge Robert W. Lehrburger's Report and Recommendation, Dkt. 129 (the "Report"). Her deadline to file such objections was March 13, 2026. *See* Dkt. 135. This Court adopted the Report in full on March 16, 2026. Dkt. 136.

The Court denies Ms. Cooke's requests, for substantially the same reasons in its March 13, 2026 Order denying her request for a six-month extension of the same deadline. *See* Dkt. 135. It also denies Ms. Cooke's request to "reverse adoption" of the Report, *see, e.g.,* Dkt. 137 at 1, because "failure to object timely to a magistrate's report operates as a waiver of any further judicial review of the magistrate's decision," *Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2d Cir. 2008).

The Court respectfully directs the Clerk of Court to mail a copy of this decision to Ms. Cooke at the address on file, and terminate the motions pending at dockets 137 and 138.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: April 3, 2026
       New York, New York

2