UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                           :

CHARMAINE COOKE,                     :

                    Plaintiff,       :

                   :          24-CV-536 (PAE) (RWL)

        - against -          :

CONSOLIDATED EDISON COMPANY OF   :
NEW YORK, INC.,              :

               Defendant.     :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Plaintiff's request for an extension to file the Second Amended Complaint is granted. Plaintiff shall file her Second Amended Complaint by **May 22, 2026**.

        The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 140.

                      SO ORDERED.

                      _____
                      ROBERT W. LEHRBURGER
                      UNITED STATES MAGISTRATE JUDGE

Dated: April 9, 2026
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470