UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                     :

CHARMAINE COOKE,                   :

               Plaintiff,    :

                    :       24-CV-536 (PAE) (RWL)

       - against -       :

CONSOLIDATED EDISON COMPANY OF   :
NEW YORK, INC.,           :

              Defendant.   :

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's application for an additional 10-day extension to file a Second Amended Complaint is denied.  The previous order extending the deadline stated that no further extensions would be granted.  The Second Amended Complaint remains due to filed by **June 22, 2026**.  Failure to timely file a Second Amended Complaint will result in dismissal for failure to prosecute.

Plaintiff's application for appointment of counsel is denied as moot as the Court previously granted an earlier request.  As noted in that order, there is no guarantee that an attorney will volunteer for the appointment.  *See* Dkt. 104.  Unfortunately, no volunteer has emerged to date.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 146.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

2

Dated: June 9, 2026
    New York, New York

Copies transmitted this date to all parties of record.  The Court respectfully requests the
Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470