UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHARMAINE COOKE,                                             :
                                                             :
                              Plaintiff,                     :
                                                             :          24-CV-536 (PAE) (RWL)
              - against -                                    :
                                                             :                **ORDER**
CONSOLIDATED EDISON COMPANY OF                               :
NEW YORK, INC.,                                              :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's application at Dkt. 154. There is no basis for a stay. Further, Plaintiff's objections to the Report and Recommendation and Plaintiff's motion for reconsideration of Judge Engelmayer's rulings already have been denied. (*See* Dkts. 136, 139, 144.) Plaintiff's continued objections to Judge Engelmayer's rulings in that respect appear to lack any merit. With respect to Plaintiff's objection at Dkt. 150 to my May 21, 2026 order (Dkt. 143) granting a further extension of time to file a second amended complaint but warning that no further extensions would be granted, and Plaintiff's instant objection (Dkt. 154) to my June 9, 2026 order denying Plaintiff's request for an additional 10-day extension, the Court will not take action on recommending dismissal for failure to prosecute until Judge Engelmayer rules on Plaintiff's objection. Further, Plaintiff's representation that she did not receive my June 9, 2026 order until June 18, 2026, is inconsequential as she had no basis to conclude during that interim period that her application for an additional 10 days would be granted, particularly in light of the

previous order indicating that no further extensions would be granted.  Accordingly, the

relief requested at Dkt. 154 is denied.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 23, 2026
       New York, New York

Copies transmitted this date to all parties of record.  The Court respectfully requests the
Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470

2