UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                              Plaintiff,                    :
                                                            :        24-CV-536 (PAE) (RWL)
               - against -                                  :
                                                            :            **ORDER**
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC.,                                             :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Based on ECF docketing, it appears that Plaintiff met the final deadline of June 22, 2026, for filing her Second Amended Complaint. (*See* Dkt. 158.) However, Plaintiff also filed a letter application to make a supplemental filing to her Second Amended Complaint to address date errors and "new events" and because she "signed under duress" (presumably due to time constraints of her own making). Plaintiff indicates that she could make the supplemental filing by June 24, 2026 if need be. That date has passed, and Defendant does not consent. However, the Court finds that Plaintiff made diligent efforts to file her Second Amended Complaint (notwithstanding the repeated extensions) and that she should be allowed to file a corrected version. Accordingly, if Plaintiff still seeks to file a corrected version of her Second Amended Complaint, she must file it no later than **July 10, 2026**. There will be no extensions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 1, 2026
         New York, New York

Copies transmitted this date to all parties of record.  The Court respectfully requests the
Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470

2