UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHARMAINE COOKE,

Plaintiff,

- against -

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Defendant.

---------------------------------------------------------------X

24-CV-536 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 155 and 159 as they requested a stay, which relief was denied by order dated June 23, 2026 at Dkt. 157. To the extent Plaintiff has requested extension of time to object to this Court's orders, such request will be addressed, if warranted, by the District Judge.

Plaintiff's request for the Court to accept as timely filed her submission at Dkts. 166 and 167 is granted. This order addresses only the timeliness of Plaintiff's submissions regarding corrections to her Second Amended Complaint; the order does not address the content of the submissions. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 166.

Defendant shall have until **August 14, 2026** to answer, move, or otherwise respond to the Second Amended Complaint.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 15, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470