UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHARMAINE COOKE,

Plaintiff,

- against -

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Defendant.

---------------------------------------------------------------X

24-CV-536 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has withdrawn her motion to file another second amended complaint. (Dkt. 184; *see* Dkts. 173, 175, 179.) Defendant, however, has asked that Plaintiff be required to file a single, comprehensive second amended complaint to replace the current multiple filings that currently make up the second amended complaint. (Dkt. 180; *see* Dkts. 166-168.) The Court grants Defendant's request. Accordingly, by **September 18, 2026**, Plaintiff shall file a single, unified second amended complaint. Defendant's time to respond to the second amended complaint is extended to **October 19, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470