UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARMAINE COOKE,

Plaintiff,

- against -

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Defendant.

24-CV-536 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses several recent filings by Plaintiff primarily concerning her filing of a unified Second Amended Complaint. (*See* Dkts. 189-192.)

1. The Second Amended Complaint filed by Plaintiff at Dkt. 188 (docketed Sept. 24, 2026) is deemed timely filed and is now the operative Second Amended Complaint.

2. Plaintiff need not do anything further to "correct" the items to which she has referred with respect to Dkts. 172 and 173. Those docket numbers concern filing of the Second Amended Complaint and are now moot.

3. The Clerk of Court is respectfully directed to mail a copy of the order at Dkt. 185 to Plaintiff and to note mailing of same on ECF.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkt. 189, 190, 191, and 192.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 2, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470