conEdison
a conEdison, inc. company

**Law Department**
Iván A. Méndez, Jr.
Associate Counsel
Tel: (212) 460-4835
Cel: (929) 260-8627

Consolidated Edison Company
of New York, Inc.
4 Irving Place
New York, NY 10003-0987
mendezi@coned.com

October 19, 2026

**VIA ECF**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, New York 10007

Re: Charmaine Cooke v. Consolidated Edison of New York, Inc.,
Docket No. 24 Civ. 536 (PAE) (RWL)

Dear Judge Lehrburger:

I am Associate Counsel in the Law Department of Consolidated Edison Company of New York, Inc. ("Con Edison") and represent Con Edison in the above-referenced action. I write, with the consent of Plaintiff, to respectfully request that Defendant's time to respond to the Second Amended Complaint [ECF Dkt. No. 188], docketed on September 28, 2026, be extended to November 20, 2026. This is Defendant's first request for an extension of time to respond to the Second Amended Complaint. Defendant requires additional time to review Plaintiff's voluminous pleadings (368 pages inclusive of exhibits), and prepare an appropriate response. We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Iván A. Méndez, Jr.*

Iván A. Méndez, Jr.
Associate Counsel

cc. Charmaine Cooke,
Plaintiff, *Pro Se*

SO ORDERED:

10/20/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff and to note service on the docket.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470