UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHARMAINE COOKE,

Plaintiff,

- against -

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Defendant.

---------------------------------------------------------------X

24-CV-536 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has requested pretrial “discovery and settlement” conference to take place after November 20, 2026. (Dkt. 201.) Defendant has not filed a response. Accordingly, the Court will schedule a case management conference to be held via telephone.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 201.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470