UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE COOKE,<br><br>Plaintiff,<br><br>- against -<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,<br><br>Defendant. | 24-CV-536 (PAE) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's motion for default judgment at Dkt. 204 is denied. Defendant is not in default; its response to the Second Amended Complaint is not due until November 20, 2026. (*See* Dkt. 200.)

Defendant has requested entry of a "limited screening mechanism" requiring Plaintiff to request permission before making any further filing in this action. (*See* Dkt. 211.) Any response by Plaintiff shall be filed by **November 17, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 204.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Charmaine Cooke

834 Penfield Street #4H
Bronx, New York 10470