UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARMAINE COOKE,

Plaintiff,

- against -

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Defendant.

---

24-CV-536 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letter, incorrectly denoted as a motion, at Dkt. 214, inquiring about certain orders that she asserts were not mailed to her by the Clerk's office in a timely fashion. As can be discerned from the docket, in most all instances, orders have been timely mailed as directed. It appears, however, that orders 179, 185, 193 may not have been mailed as directed; at least Plaintiff claims not to have received them. The Court previously has addressed these issues with respect to Dkts. 179 and 185, and at this juncture Plaintiff has received copies of all three orders. There is no adverse consequence in any of the instances for which Plaintiff asserts she did not receive mailing (timely or otherwise) of the Court's orders. The three orders mentioned here concern Plaintiff's filing of a Second Amended Complaint, which was accepted as timely filed and is the operative pleading.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 214.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 5, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff and to note mailing on the docket.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470