UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CHARMAINE COOKE,

Plaintiff,

- against -

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Defendant.

---------------------------------------------------------------X

24-CV-536 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a motion requesting appointment of pro bono counsel and to hold in abeyance her response to Defendant's November 3, 2026 letter (Dkt. 211) until counsel is appointed. (Dkt. 219.)

The request for appointment of pro bono counsel is moot. The Court previously issued an order over a year ago granting appointment of pro bono counsel on August 6, 2025. (Dkt. 104.) The order warned Plaintiff that there is no guaranty that pro bono counsel will volunteer to take the case and that all deadlines remain in place regardless of whether a volunteer emerges. (*Id.*) On October 14, 2025, Plaintiff again filed a motion requesting appointment of pro bono counsel. (Dkt. 113.) The Court denied the motion as moot, explaining that the Court already had approved appointment of pro bono counsel as set forth in the August 6, 2026 order. (Dkt. 116.) Plaintiff's current for appointment of pro bono counsel is at least the second time she has requested such appointment after the August 6, 2026 order already had been entered granting the relief she requested. Once again, the Court must deny Plaintiff's application for appointment of pro

bono counsel as moot since the Court has already granted the relief she requests. The Court regrets that no counsel has volunteered to take on Plaintiff's cases (she has more than one case against ConEd), but is heartened that Plaintiff has, in the meantime, consulted with the New York City Bar Association clinic for pro bono assistance.

As for time to respond to Defendant's November 3, 2026 letter, the Court already has provided Plaintiff with an extended time to respond until November 17, 2026. (Dkt. 212.)

Accordingly, the instant motion is denied as moot. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 219.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff and to note mailing on the docket.

Charmaine Cooke
834 Penfield Street #4H
Bronx, New York 10470