Denied as moot. See Dkt. 229.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO ORDERED:

11/9/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Charmaine Cooke

Write the full name of each plaintiff or petitioner. pro se

Case No. 24 CV 536 (PAE)(RWL)

-against-

Consolidated Edison Company

of New York, Inc.

Write the full name of each defendant or respondent.

## NOTICE OF MOTION

Appoint pro bono hybrid attorney to Plaintiff Hon. Paul A Engelmayer has the authority to an can appoint.

PLEASE TAKE NOTICE that plaintiff, pro se Charmaine Cooke, (disabled)

plaintiff or defendant — name of party who is making the motion

requests that the Court: cc
appoints a pro bono ~~hybrid~~ attorney for pro se Plaintiff who is disabled. Case 24cv536 (PAE)(RWL) has survived Defendant's motion to dismiss. Moreover, the District Judge Hon. Paul A Engelmayer has the authority to appoint an attorney for pro se litigants with limited financial resources in civil cases. Plaintiff requested pro bono attorney 08.04.2025, but no one has contacted Plaintiff. to date 11/3/2026. Multiple requests made.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

- ☐ a memorandum of law
- ☒ my own declaration, affirmation, or affidavit
- ☒ the following additional documents: Google confirmation that as a Federal Judge Paul A. Engelmayer Hon. can appoint pro bono attorney exhibit A

11/03/2026
Dated

Signature

Charmaine Cooke, pro se
Name

(DISABLED) n/a
Prison Identification # (if incarcerated)

834 Penfield Street #4H — Bronx — NY — 10470
Address — City — State — Zip Code

(914) 837-6259 (temp. disabled)
Telephone Number (if available)

ccooke24cv536@gmail.com
E-mail Address (if available)

Copilot Search Exhibit A-24-cv-536 (PAE)(RWL)

# Judge Paul A. Engelmayer and Pro Bono Assignments in NYC Civil Pro Se Cases

Judge **Paul A. Engelmayer**, a U.S. District Judge for the Southern District of New York, has the authority to assign pro bono counsel to civil cases brought **pro se** (self-represented) in the Southern District of New York, including those in New York City Pro Bono Net .

## Pro Bono Program in the Southern District of New York

The Southern District of New York operates a **Pro Bono Program** under 28 U.S.C. § 1915(e)(1), which allows the court to request volunteer attorneys to represent individuals who cannot afford counsel in civil matters Pro Bono Net .

- **Case types**: Commonly include civil rights, employment discrimination, social security, cases against the United States, and diversity jurisdiction matters Pro Bono Net .
- **Selection process**: Judges screen available pro se cases and assign them to pro bono attorneys from the court's panel.
- **Volunteer requirements**: Attorneys must meet caseload or hour requirements, may participate remotely, and can receive reimbursement for costs Pro Bono Net .
- **Training**: The program provides mentoring, CLE credit, and malpractice insurance for volunteers Pro Bono Net .

## Judge Engelmayer's Role

As a federal judge, Engelmayer can:

- Review pro se filings and determine eligibility for pro bono representation.
- Assign volunteer attorneys to represent pro se litigants in civil matters.
- Oversee the handling of these cases, ensuring compliance with the court's **Individual Rules of Practice in Civil Pro Se Cases** Southern District of New York .

## How to Find or Contact Pro Bono Opportunities

If you are a pro se litigant in NYC seeking pro bono help, you can:

- Contact the **Southern District of New York Pro Bono Program** at (212) 805-0175 or via their website at nysd.uscourts.gov/pro_bono Pro Bono Net .
- Ask the court clerk or your assigned judge about available pro bono counsel for your case.
- If you are a volunteer attorney, sign up with the court's panel to be notified of new pro se case opportunities.

**In summary:** Judge Paul A. Engelmayer, as a Southern District of New York judge, can and does assign pro bono attorneys to civil pro se cases in New York City, consistent with the court's established pro bono program and rules