Denied as moot; Dkt. 212 denied Plaintiff's motion for default judgment.

SO ORDERED:
11/10/2026 [signature]
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charmaine Cooke

Write the full name of each plaintiff or petitioner.

pro se

-against-

Case No. 24 CV 536 (PAE)(RWL)

Consolidated Edison Company of New York, Inc.

Write the full name of each defendant or respondent.

## NOTICE OF MOTION

confirmation of default judgemen

PLEASE TAKE NOTICE that Plaintiff, pro se (plaintiff or defendant) Charmaine Cooke, Disabled (name of party who is making the motion) requests that the Court:

#199cc

confirm if Plaintiff's case is eligible for default judgement per the late filing of Dkt. ~~211~~ Defendant's request for 30 days extension on the due date 10/19/2026 with no emergency, instead of the Judge Robert W. Lehrburger's rule of at least 48 hours for such requests. Plaintiff consented 72 hours in advance on Weds.10/14/2026, but defendants filed late on Mon. 10/19/26. Please provide reasons for yes or no with regards to eligibility of default and if late filing is emergency. Court to approve and grant default judgement eligibility and deny Dkt. 199

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

- ☐ a memorandum of law
- ☒ my own declaration, affirmation, or affidavit — Dkt 199 filed 10/19/26
- ☐ the following additional documents: Please refer to Dkt. 204, Dkt. 205, and Dkt. 207.

| | |
|---|---|
| 11/04/2026 | cdm cooke |
| Dated | Signature |
| Charmaine Cooke, pro se plaintff | (DISABLED) n/a |
| Name | Prison Identification # (if incarcerated) |

| | | | |
|---|---|---|---|
| 834 Penfield Street #4H | Bronx | NY | 10470 |
| Address | City | State | Zip Code |

| | |
|---|---|
| (914) 837-6259 (temp. disconnected) | ccooke24cv536@gmail.com |
| Telephone Number (if available) | E-mail Address (if available) |